DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

ELIZABETH PIRMAN,

Appellant,

v.

SOUTH POINTE OF TAMPA HOMEOWNERS ASSOCIATION,

Appellee.

_____

No. 2D2024-0025
_____

June 5, 2024

Appeal from the County Court for Hillsborough County; Michael J. Hooi, Judge.

Elizabeth Pirman, pro se.

Stanford Dean Rowe and Katie R. Russo of Glausier Knight Jones, PLLC, Tampa, for Appellant.

PER CURIAM.

    Affirmed.


CASANUEVA, SILBERMAN, and BLACK, JJ., Concur.

_____

Opinion subject to revision prior to official publication.